UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                            PLAINTIFF

V.S.                                              CRIMINAL ACTION NO.  3:10CR-57-S

ALEX HANBALI                                                                         DEFENDANT

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY ON FELONY INFORMATION

This matter has been referred to Magistrate Judge James D. Moyer by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11.  The Defendant, by consent and with retained counsel, Alex Dathorne, appeared before me for initial appearance on May 11, 2010.  The defendant, through counsel, acknowledged his identity, was furnished with a copy of the Information and was advised of the nature of the charges contained therein.  Through counsel, the defendant executed a waiver of Indictment form in open Court and formality of arraignment was waived.  The defendant was arraigned, and entered a **plea of guilty** as to Count 1 of the Information pursuant to a Rule 11 (c)(1)(B) plea agreement.  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Count 1 of the Information, and that the offense charged was supported by an independent basis in fact concerning each of the essential elements of such an offense.  I therefore recommend that the plea of guilty be accepted, and that the Defendant be adjudged guilty and have a sentence imposed accordingly.  The defendant shall have fourteen (14)

days to file any objections to this recommendation pursuant to F.R.C.P. 72(b), or waive the opportunity to do so.

Upon motion of the United States,

**IT IS HEREBY ORDERED** that the defendant is **released on an own recognizance bond** pending sentencing before the District Court on **September 9, 2010 at 11:00 a.m**.

May 13, 2010

James D. Moyer
**United States Magistrate Judge**

Official Court Reporter: Dena Legg

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

0 | 30